PROB 12C
(6/16)

Report Date: October 26, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Raul Ayala     Case Number: 0980 2:10CR00063-SMJ-1

Address of Offender:                 , Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: November 30, 2010

Original Offense:     Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 66 months     Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     George J. C. Jacobs, III     Date Supervision Commenced: December 10, 2014

Defense Attorney:     Federal Defender's Office     Date Supervision Expires: December 9, 2017

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On December 12, 2014, Mr. Ayala's conditions of supervision were reviewed with him. He signed his conditions, acknowledging an understanding of his conditions, to include special condition number 16, as noted above.

Mr. Ayala violated his conditions of supervised release by using methamphetamine on October 18, 2017.

On October 18, 2017, Mr. Ayala provided a random urinalysis test at Pioneer Human Services (PHS), as the color of the day was brown, Mr. Ayala's assigned color for urinalysis testing. Mr. Ayala provided a urine sample which tested presumptive positive for methamphetamine. The urine sample was sent to Alere Toxicology for further testing. On October 24, 2017, a lab report from Alere Toxicology was received confirming a positive result for methamphetamine. On October 25, 2017, Mr. Ayala reported to the probation office and was confronted on the positive test. He admitted to using methamphetamine and signed a drug admission form.

Prob12C
Re: Ayala, Antonio Raul
October 26, 2017
Page 2

    2    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**  On December 12, 2014, Mr. Ayala's conditions of supervision were reviewed with him.  He signed his conditions, acknowledging an understanding of his conditions, to include special condition number 16, as noted above.

Mr. Ayala violated his conditions of supervised release by using methamphetamine on October 25, 2017.

On October 25, 2017, Mr. Ayala reported to the U.S. Probation Office at the direction of the undersigned officer.  Mr. Ayala submitted to a random urinalysis test, and the urine sample tested presumptive positive for methamphetamine.  Mr. Ayala was confronted on the positive test and he admitted to using methamphetamine on October 23, 2017, and signed a drug use admission form.  The urine sample was sent to Alere Toxicology for further testing.  The results of that test are pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/26/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/27/2017
Date