# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Raul Ayala | Case Number: 0980 2:10CR00063-SMJ-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: November 30, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: December 10, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: December 9, 2017 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On December 12, 2014, Mr. Ayala's conditions of supervision were reviewed with him. He signed his conditions, acknowledging an understanding of his conditions, to include special condition number 16, as noted above. |
| | Mr. Ayala violated his conditions of supervised release by using methamphetamine on November 12, 2017. |
| | On November 13, 2017, Mr. Ayala provided a random urinalysis test at Pioneer Human Services (PHS), as the color of the day was brown 1, Mr. Ayala's assigned color for urinalysis testing. Mr. Ayala provided a urine sample which tested positive for methamphetamine. The urine sample was sent to Alere Toxicology for further testing and the results are still pending. On November 14, 2017, the undersigned officer called Mr. Ayala on the telephone and confronted him on his positive urine sample. He admitted to using methamphetamine on November 12, 2017. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/15/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/15/2017
Date