PROB 12C
(6/16)

Report Date: November 17, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Raul Ayala	Case Number: 0980 2:10CR00063-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: November 30, 2010

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: | December 10, 2014 |
| Defense Attorney: | Daniel Noah Rubin | Date Supervision Expires: | December 9, 2017 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2017 and 11/15/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number	Nature of Noncompliance

4	**Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On December 12, 2014, Mr. Ayala's conditions of supervision were reviewed with him. He signed his conditions, acknowledging an understanding of his conditions, to include special condition number 15, as noted above.

Mr. Ayala violated his conditions of supervised release by failing to attended chemical dependency treatment at Pioneer Human Services (PHS) on November 7, 9, 13, 14, and 16, 2017.

On November 15, 2017, the undersigned officer received notification from Mr. Ayala's chemical dependency counselor at PHS indicating Mr. Ayala failed to appear for chemical

Prob12C
Re: Ayala, Antonio Raul
November 17, 2017
Page 2

dependency treatment on November 7, 9, 13, and 14, 2017. In addition, on November 17, 2017, the undersigned officer received a phone call from PHS advising that Mr. Ayala also did not attend treatment on November 16, 2017.

The U.S. Probation office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2017 and 11/15/2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 17, 2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/17/2017
Date