# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Raul Ayala      Case Number: 0980 2:10CR00063-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: November 30, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 66 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: December 10, 2014 |
| Defense Attorney: | Daniel Noah Rubin | Date Supervision Expires: December 9, 2017 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2017, 11/15/2017, 11/17/2017 and 12/29/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On December 12, 2014, Mr. Ayala's conditions of supervision were reviewed with him. He signed his conditions, acknowledging an understanding of his conditions, to include special condition number 16, as noted above.<br><br>Mr. Ayala violated his conditions of supervised release by using methamphetamine on or about January 2, 2018.<br><br>On January 2, 2018, Mr. Ayala provided a random urinalysis test at Pioneer Human Services (PHS) as the color of the day was brown 1, Mr. Ayala's assigned color for urinalysis testing. Mr. Ayala provided a urine sample which tested presumptive positive for methamphetamine. Mr. Ayala denied using illicit drugs. The urine sample was sent to Alere Toxicology for further testing and the results are pending. Mr. Ayala signed a form denying illicit drug use. |

Prob12C
Re: Ayala, Antonio Raul
January 5, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/05/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

01/05/2018
Date